[No. 22385-0-III. Division Three. March 1, 2005.]

SCOTT M. EMMERSON, *Respondent*, v. DALE E. WEILEP, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-2-01503-7, Jerome J. Leveque, J., entered August 19, 2003. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, A.C.J., and Kurtz, J. Now published at 126 Wn. App. 930.

[No. 21753-1-III. Division Three. March 3, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSSELL LEE BURGHARD, *Appellant*.

Appeal from judgments of the Superior Court for Grant County, No. 01-1-00638-2, Evan E. Sperline and John M. Antosz, JJ., entered January 14 and March 17, 2003. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Schultheis, J.

[No. 22639-5-III. Division Three. March 3, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN W. ARCHER, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 03-1-00344-9, Robert L. Zagelow, J., entered December 8, 2003. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Kato, C.J., and Brown, J.

[No. 22750-2-III. Division Three. March 3, 2005.]

FELTS FIELD AVIATION, INC., *Respondent*, v. J.E.M. INVESTMENTS, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-2-05603-7, Robert D. Austin, J., entered January 12, 2004. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, A.C.J., and Kurtz, J.